---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **All Phase Roofing and Construction, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 37-1694451 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3400 East Airport Road**<br>**Stillwater, OK 74075**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Payne**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **All Phase Roofing and Construction, LLC**                Case number (*if known*) _____
            Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_2381_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**      ☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**      ☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Ricky D. Sharpton** | Relationship | **President/Manager** |
| | District | **Western District of Oklahoma** | When | on or about 7/18/17 | Case number, if known | **not yet assigned** |

Debtor    **All Phase Roofing and Construction, LLC**
_____
Name

Case number (*if known*) _____

---

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|-----|---------|---------|

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **All Phase Roofing and Construction, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2017**
                      MM / DD / YYYY

*X* **/s/ Ricky D. Sharpton**                                       **Ricky D. Sharpton**
Signature of authorized representative of debtor          Printed name

Title    **President/Manager**

**18. Signature of attorney**

*X* **/s/ Rex D. Brooks**                              Date **June 18, 2017**
Signature of attorney for debtor                            MM / DD / YYYY

**Rex D. Brooks**
Printed name

**Rex D. Brooks, Attorney At Law**
Firm name

**1904 N.W. 23rd Street**
**Oklahoma City, OK 73106-1202**
Number, Street, City, State & ZIP Code

Contact phone    **(405) 525-2200**        Email address    **brookslaw@coxinet.net**

**1165**
Bar number and State

Fill in this information to identify the case:

Debtor name    **All Phase Roofing and Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 18, 2017                X /s/ Ricky D. Sharpton
                                            Signature of individual signing on behalf of debtor

                                            Ricky D. Sharpton
                                            Printed name

                                            President/Manager
                                            Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **All Phase Roofing and Construction, LLC** | |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................ $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................ $     203,712.28

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................... $     203,712.28

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $     583,425.68

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................ $     36,307.95

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$     313,795.44

4. **Total liabilities** ...............................................................
    Lines 2 + 3a + 3b      $     933,529.07

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

In re   **All Phase Roofing and Construction, LLC**                    Case No. _____

_____ Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.   $ __**335.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, and any other situation where extra time is spent.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 18, 2017**                              **/s/ Rex D. Brooks**
_Date_                                            **Rex D. Brooks 1165**
                                                 _Signature of Attorney_
                                                 **Rex D. Brooks, Attorney At Law**
                                                 **1904 N.W. 23rd Street**
                                                 **Oklahoma City, OK 73106-1202**
                                                 **(405) 525-2200  Fax: (405) 525-2214**
                                                 **brookslaw@coxinet.net**
                                                 _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name    **All Phase Roofing and Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | BancFirst, 808 South Main, P.O. Box One, Stillwater, OK 74076 | Checking Account | 7529 | $187.78 |

4.    **Other cash equivalents** *(Identify all)*

| 5. | Total of Part 1. | $187.78 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11b. Over 90 days old: | 6,208.71 | - | 0.00 | =.... | $6,208.71 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor    __All Phase Roofing and Construction, LLC_____    Case number *(if known)* _____
    Name

| 12. | **Total of Part 3.** | | $6,208.71 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Miscellaneous Inventory of Roofing Materials Location: Ricky D. Sharpton, 3400 East Airport Road, Stillwater, OK 74075** | July 31, 2016 | $0.00 | Recent cost | $53,632.16 |

| 20. | Work in progress |
|---|---|
| 21. | Finished goods, including goods held for resale |
| 22. | Other inventory or supplies |

| 23. | **Total of Part 5.** | | $53,632.16 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor  __All Phase Roofing and Construction, LLC__                    Case number *(if known)* _____
        Name

☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  **2014 Ford F250 Super Duty-V8 VIN:**<br>**1FT7W2BT0EEB76511**<br>**Location:  Rick Sharpton, 3400 East**<br>**Airport Road, Stillwater OK 74074** | $0.00 | NADA Guides | $25,375.00 |
| 48.    Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    Aircraft and accessories | | | |
| 50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>**Miscellaneous Machinery and Equipment Used**<br>**in Business**<br>**Location: Ricky D. Sharpton, 3400 East Airport**<br>**Road, Stillwater, OK 74075** | $0.00 | Insurance Value | $77,800.00 |

| 51. | **Total of Part 8.** | $103,175.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.   Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **All Phase Roofing and Construction, LLC**                    Case number *(If known)* _____
_____
          Name

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed)<br>**Breach of Contract**<br>**Location:  J.D. McBride Construction, LLC, 2824 Progressive Drive, Edmond, OK 73034** | $25,508.63 |

|  |  |
|---|---|
| Nature of claim | **Construction Materials and Labor** |
| Amount requested | $25,508.63 |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership<br>**1999 SKYL HT WINN Mobile Home VIN: 8D510796L**<br>**Location: Ricky D. Sharpton, 3400 East Airport Road, Stillwater, OK 74075** | $15,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $40,508.63 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **All Phase Roofing and Construction, LLC**          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $187.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,208.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $53,632.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $103,175.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $40,508.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $203,712.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $203,712.28 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **All Phase Roofing and Construction, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

| **2.1** | **BancFirst** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **A tract of land in the SW/4 of Section 32, T20N, R3E of the IM, Payne County, State of Oklahoma, 578.36 ft X 419.26 ft X 574.52 ft X 423.67 ft; commonly known as: 3400 E Airport Road, Stillwater; and All Inventory, Accounts and Equipment** | $40,000.00 | $228,828.65 |

**808 South Main**
**P.O. Box One**
**Stillwater, OK 74076**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**10/04/2013**
Last 4 digits of account number
**6796**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
  No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
   multiple

| **2.2** | **BancFirst** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **All Inventory, Accounts and Equipment; including but not limited to an Assignment of Contract dated October 30, 2015 by and between  All Phase Roofing and Contruction, LLC and Alexander Construction Company in the sum of $63,166.00** | $60,000.00 | $228,828.65 |

**Stillwater**
**808 South Main**
**P.O. Box One**
**Stillwater, OK 74076**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

Debtor **All Phase Roofing and Construction, LLC**                Case number (if known) _____
Name

**07/14/2016**
Last 4 digits of account number
**8439**
Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
  multiple

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | BancFirst | Describe debtor's property that is subject to a lien | $40,095.00 | $228,828.65 |

Creditor's Name
**Stillwater**
**808 South Main**
**P.O. Box One**
**Stillwater, OK 74076**
Creditor's mailing address

**All Inventory, Accounts and Equipment**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**01/20/2016**
Last 4 digits of account number
**8138**
Do multiple creditors have an interest in the same property?

No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
  multiple

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Bank of Lake Mills | Describe debtor's property that is subject to a lien | $111,300.00 | $152,828.65 |

Creditor's Name
**c/o Transaction Reporting**
**System, LLC**
**1001 Avenue of the**
**Americas**
**11th Floor**
**New York, NY 10018**
Creditor's mailing address

**All Assets**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08/22/2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
  multiple

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 5

Debtor    **All Phase Roofing and Construction, LLC**    Case number (if know) _____
_____
Name

| 2.5 | **Commercial Finance & Leasing** | Describe debtor's property that is subject to a lien | $118,000.00 | $152,828.65 |

Creditor's Name

**Bank of Cardiff, Inc.**
**P.O. Box 2562**
**Del Mar, CA 92014-2562**

Creditor's mailing address

**Certain Collateral, including but not limited to business equipment, personal property, inventory and real property**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

☒ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**08/15/2016**

**Last 4 digits of account number**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
ˡ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
    multiple

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **EBF Partners, LLC** | Describe debtor's property that is subject to a lien | $76,218.94 | $152,828.65 |

Creditor's Name

**5 West 37th Street**
**2nd Floor**
**New York, NY 10018**

Creditor's mailing address

**All Assets**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

☒ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**10/26/2016**

**Last 4 digits of account number**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
    multiple

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Fora Financial Business Loans, LLC** | Describe debtor's property that is subject to a lien | $113,052.72 | $152,828.65 |

Creditor's Name

**242 West 36th Street**
**14th Floor**
**New York, NY 10018**

Creditor's mailing address

**All Assets**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

☒ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**08/22/2016**

**Last 4 digits of account number**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **All Phase Roofing and Construction, LLC**                          Case number (if know) _____
      Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| <u>multiple</u> | ☐ Disputed |

---

| 2.8 | **Ford Motor Credit Company** | | $24,759.02 | $25,375.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2014 Ford F250 Super Duty-V8 VIN: 1FT7W2BT0EEB76511**
**Location:  Rick Sharpton, 3400 East Airport Road, Stillwater OK 74075**

P.O. Box 650575
Dallas, TX 75265-0575
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**06/06/2014**
Last 4 digits of account number
**2643**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Green Tree Financial Serv Corp** | | Unknown | $15,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**1999 SKYL HT WINN Mobile Home VIN: 8D510796L**
**Location: Ricky D. Sharpton, 3400 East Airport Road, Stillwater, OK 74075**

Registered Agent: Steven D. Green
8424 Santa Monica Blvd
Suite A712
West Hollywood, CA 90069
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**1999**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$583,425.68**

Debtor    **All Phase Roofing and Construction, LLC**          Case number (if know) _____
_____
Name

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bank of Lake Mills<br>136 E. Madison Street<br>Lake Mills, WI 53551 | Line  2.4 | |
| EBF<br>5 West 37th Street<br>2nd Floor<br>New York, NY 10018 | Line  2.6 | |
| EBF Holdings, LLC<br>2001 NW 107th Avenue<br>Suite 300<br>Miami, FL 33172 | Line  2.6 | |
| EBF Partners, LLC<br>2001 NW 107 Avenue, 3rd Floor<br>Doral, FL 33172 | Line  2.6 | |
| Everest Business Funding<br>2001 NW 107th Ave<br>Suite 300<br>Miami, FL 33172 | Line  2.6 | |
| Everest Business Funding<br>Attention: Underwriting Department<br>2001 NW 107th Ave<br>3rd Floor<br>Miami, FL 33172 | Line  2.6 | |
| Fora Financial West, LLC<br>242 West 36th Street, 14th Floor<br>New York, NY 10018 | Line  2.7 | |
| Transaction Reporting System, LLC<br>1001 Avenue of the Americas<br>11th Floor<br>New York, NY 10018 | Line  2.4 | |
| TRS, LLC<br>1001 Avenue of the Americas<br>11th Floor<br>New York, NY 10018 | Line  2.4 | |
| Vadim Serebro, Esq.<br>Max Recovery Group, LLC<br>One World Trade Center<br>Suite 8500<br>New York, NY 10007 | Line  2.6 | |

**Fill in this information to identify the case:**

Debtor name **All Phase Roofing and Construction, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**8321 East 61st Street**<br>**Bldg B, Rm 140A, MS 5227/2710**<br>**Tulsa, OK 74133-1909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58.97** | Unknown |
| | Date or dates debt was incurred<br>**12/31/2013** | Basis for the claim:<br>**Form 1065 - filing tax return after the due date accrued interest** | | |
| | Last 4 digits of account number <u>4451</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**8321 East 61st Street**<br>**Bldg B, Rm 140A, MS 5227/2710**<br>**Tulsa, OK 74133-1909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,366.75 | $3,366.75 |
| | Date or dates debt was incurred<br>**03/31/2014** | Basis for the claim:<br>**Form 941 Federal Tax Withheld and Accrued Interest** | | |
| | Last 4 digits of account number <u>4451</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **All Phase Roofing and Construction, LLC**                    Case number (if known) _____
　　　　　Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,056.22 | $4,056.22 |

**Priority creditor's name and mailing address**
**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,056.22　　$4,056.22

**Date or dates debt was incurred**

06/30/2014

Basis for the claim:
**Form 941 Federal Tax Withheld and Accrued Interest**

Last 4 digits of account number **4451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Priority creditor's name and mailing address**
**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,828.67　　$4,828.67

**Date or dates debt was incurred**

12/31/2014

Basis for the claim:
**Form 941 Federal Tax Withheld and Accrued Interest**

Last 4 digits of account number **4451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Priority creditor's name and mailing address**
**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,041.23　　$2,041.23

**Date or dates debt was incurred**

03/31/2015

Basis for the claim:
**Form 941 Federal Tax Withheld and Accrued Interest**

Last 4 digits of account number **4451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Priority creditor's name and mailing address**
**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,784.68　　$9,784.68

**Date or dates debt was incurred**

12/31/2015

Basis for the claim:
**Form 941 Federal Tax Withheld and Accrued Interest**

Last 4 digits of account number **4451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **All Phase Roofing and Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,973.17 | $5,973.17 |
|---|---|---|---|---|

**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

09/30/2016

Basis for the claim:
**Form 941 Federal Tax Withheld and Accrued Interest**

Last 4 digits of account number 4451

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,153.93 | $5,153.93 |
|---|---|---|---|---|

**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

12/31/2016

Basis for the claim:
**Form 941 Federal Tax Withheld and Accrued Interest**

Last 4 digits of account number 4451

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.54 | $443.54 |
|---|---|---|---|---|

**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

12/31/2016

Basis for the claim:
**Form 940 Federal Unemployment Tax and Accrued Interest**

Last 4 digits of account number 4451

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.73 | $35.73 |
|---|---|---|---|---|

**Internal Revenue Service**
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
09/30/2014

Basis for the claim:
**941 Federal Tax Deposit Accrued Interest**

Last 4 digits of account number 4451

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **All Phase Roofing and Construction, LLC**                    Case number (if known) _____
         Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.76 | $138.76 |

| 2.11 | Priority creditor's name and mailing address<br>**Oklahoma Employment Security Commission Unemployment Insurance Division Tax Compliance**<br>**P.O. Box 52003**<br>**Oklahoma City, OK 73152-2003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138.76 | $138.76 |

Date or dates debt was incurred
**12/31/2016**

Basis for the claim:
**Unemployment Taxes, Interest and Penalty**

Last 4 digits of account number **4965**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commission**<br>**2501 N. Lincoln Blvd.**<br>**Oklahoma City, OK 73194** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $426.30 | $426.30 |

Date or dates debt was incurred
**12/31/2016**

Basis for the claim:
**Withholding - Wage Tax, and accrued interest**

Last 4 digits of account number **7402**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alexander Construction Company**<br>**P.O. Box 1631**<br>**Stillwater, OK 74076-1631** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $25,508.63 |

Date(s) debt was incurred  **2016**

Basis for the claim:  **Construction Materials and Labor**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address<br>**American Builders and Contractors Supply Co., Inc.**<br>**ABC Supply Co., Inc.**<br>**106 Decker Court, Suite 100**<br>**Irving, TX 75062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,432.69 |

Date(s) debt was
incurred  **Various Dates-2016 & 2017**

Basis for the claim:  **Material Supplies**

Last 4 digits of account number  **1600**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address<br>**Christ Lutheran Church**<br>**1301 N. 7th Street**<br>**Perry, OK 73077** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,621.58 |

Date(s) debt was incurred  **10/20/2016**

Basis for the claim:  **Roofing and/or other exterior building materials and products**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **All Phase Roofing and Construction, LLC**                                    Case number *(if known)*  _____
_____
Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,863.50 |

3.4  Nonpriority creditor's name and mailing address
**Herc Rentals-Stillwater**
**123 S. Perkins Rd.**
**Stillwater, OK 74074**

Date(s) debt was incurred  **01/20/2017**

Last 4 digits of account number  **1555**

As of the petition filing date, the claim is: *Check all that apply.*                    $3,863.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Check for Equipment Rental**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.5  Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **09/30/2014**

Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: *Check all that apply.*                    $404.81
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.6  Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **12/31/2015**

Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: *Check all that apply.*                    $1,210.78
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 1065 Penalty for filing tax return after the due date**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.7  Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **03/31/2016**

Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: *Check all that apply.*                    $646.38
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.8  Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **06/30/2016**

Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: *Check all that apply.*                    $1,130.38
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.9  Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **03/31/2014**

Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: *Check all that apply.*                    $1,052.98
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for filing tax return after the due date**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.10  Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **06/30/14**

Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: *Check all that apply.*                    $293.34
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **All Phase Roofing and Construction, LLC**          Case number (if known) _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.09 |

**3.11** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **12/31/2014**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$276.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **03/31/2015**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$211.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **12/31/2015**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$337.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **09/30/2016**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$175.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **12/31/2016**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$43.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 941 Federal Tax Deposit Penalty, Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **12/31/2016**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$2.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Form 940 Penalty for late payment of tax**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**8321 East 61st Street**
**Bldg B, Rm 140A, MS 5227/2710**
**Tulsa, OK 74133-1909**

Date(s) debt was incurred  **12/31/2013**
Last 4 digits of account number  **4451**

As of the petition filing date, the claim is: Check all that apply.                    **$520.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1065 - Penalty for filing tax return after the due date**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **All Phase Roofing and Construction, LLC**        Case number (if known) _____
Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,508.63 |
|---|---|---|---|

**J.D. McBride Construction, LLC**
2824 Progressive Drive
Edmond, OK 73034

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was
incurred __10/03/2016 & 11/12/2016__

Basis for the claim: __Contstruction Materials and Labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,798.32 |
|---|---|---|---|

**Jim Dailey**
**Jim Dailey and Associates**
1013 East Moore Ave.
Stillwater, OK 74075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __Various Dates-2016&2017__

Basis for the claim: __Accounting Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.28 |
|---|---|---|---|

**MBCI - Oklahoma**
P.O. Box 95998
Oklahoma City, OK 73143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/03/2016 & 11/16/16__

Basis for the claim: __Material Supplies__

Last 4 digits of account number __2003__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.58 |
|---|---|---|---|

**MBCI Metal Roof and Wall Systems**
**A Division of NCI Group, Inc.**
**MBCI Lockbox**
P.O. Box 840326
Dallas, TX 75284-0326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/21/2017__

Basis for the claim: __Material Supplies__

Last 4 digits of account number __2912__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,213.54 |
|---|---|---|---|

**MBCI Metal Roof and Wall Systems**
**A Division of NCI Group, Inc.**
**MBCI Lockbox**
P.O. Box 840326
Dallas, TX 75284-0326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/05/2017__

Basis for the claim: __Material Supplies__

Last 4 digits of account number __2912__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.36 |
|---|---|---|---|

**MBCI Metal Roof and Wall Systems**
**A Division of NCI Group, Inc.**
**MBCI Lockbox**
P.O. Box 840326
Dallas, TX 75284-0326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/05/2016__

Basis for the claim: __Material Supplies__

Last 4 digits of account number __2912__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,000.00 |
|---|---|---|---|

**Merchant Cash and Capital, LLC**
**dba Bizfi Funding**
460 Park Avenue South
10th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/15/2016__

Basis for the claim: __Future Sale Proceeds__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **All Phase Roofing and Construction, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $1,386.50 |

**3.25** | Nonpriority creditor's name and mailing address
**Republic Services #789**
P.O. Box 78829
Phoenix, AZ 85062-8829

Date(s) debt was
incurred  09/30/2016 & 10/31/2016

Last 4 digits of account number  8252

As of the petition filing date, the claim is: Check all that apply.    **$1,386.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dumpster Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
**Schuessler Properties, LLC**
**Schuessler Orthodontics**
607 S. Orchard
Stillwater, OK 74075

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$24,115.97**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contstruction Materials and Labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**Scott K. Thomas, P.L.L.C.**
**Houston, Osborn, Sexton & Thomas**
123 W. 7th Avenue, Suite 200
P.O. Box 1118
Stillwater, OK 74076

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$2,582.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees regarding J.D. McBride Construction, LLC and Alexander Construction Company matter**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Trustees of The Roberta G. Smith**
**Credit Shelter Trust**
6576 Lake Road
Ponca City, OK 74604-5180

Date(s) debt was incurred _

Last 4 digits of account number  2016

As of the petition filing date, the claim is: Check all that apply.    **$4,048.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing and/or other exterior building materials and products**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Wal-Mart 0137**
**Wal-Mart Stores, Inc.**
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  11/23/2016

Last 4 digits of account number  0830

As of the petition filing date, the claim is: Check all that apply.    **$3,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Wal-Mart 0137**
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  11/25/2016

Last 4 digits of account number  0821

As of the petition filing date, the claim is: Check all that apply.    **$347.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Wal-Mart 0137**
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  11/23/2016

Last 4 digits of account number  0828

As of the petition filing date, the claim is: Check all that apply.    **$313.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **All Phase Roofing and Construction, LLC**                    Case number (if known) _____
             Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.05 |

**3.32** Nonpriority creditor's name and mailing address
Wal-Mart 0137
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  **11/25/2016**
Last 4 digits of account number  **0820**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☒ No ☐ Yes                    **$297.05**

---

**3.33** Nonpriority creditor's name and mailing address
Wal-Mart 0137
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  **12/14/2016**
Last 4 digits of account number  **0831**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☐ No ☐ Yes                    **$3,025.00**

---

**3.34** Nonpriority creditor's name and mailing address
Wal-Mart 0137
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  **12/28/2016**
Last 4 digits of account number  **0832**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☒ No ☐ Yes                    **$3,025.00**

---

**3.35** Nonpriority creditor's name and mailing address
Wal-Mart 0137
111 N. Perkins Road
Stillwater, OK 74075

Date(s) debt was incurred  **12/28/2016**
Last 4 digits of account number  **0834**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insufficient Fund Payroll Check**

Is the claim subject to offset? ☒ No ☐ Yes                    **$3,025.00**

---

**3.36** Nonpriority creditor's name and mailing address
YP Holdings - CA95
Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie, LA 70011-8390

Date(s) debt was incurred  _____
Last 4 digits of account number  **0101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ☒ No ☐ Yes                    **$1,248.68**

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | ABC Supply Co., Inc.<br>P.O. Box 842450<br>Dallas, TX 75284-2450 | Line  **3.2**<br><br>☐ Not listed. Explain _____ | **1600** |
| **4.2** | Bizfi<br>Bizfi Funding<br>460 Park Avenue South<br>10th Floor<br>New York, NY 10016 | Line  **3.24**<br><br>☐ Not listed. Explain _____ | _ |

| Debtor | **All Phase Roofing and Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3    Coast to Coast Financial Solutions<br>101 Hodencamp Rd., Suite 120<br>Thousand Oaks, CA 91360 | Line _3.25_<br>☐ Not listed. Explain ____ | _1152_ |
| 4.4    Complete Payment Recovery Services, Inc.<br>3500 5th Street<br>Northport, AL 35476 | Line _3.29_<br>☐ Not listed. Explain ____ | _0352_ |
| 4.5    Complete Payment Recovery Services, Inc.<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line _3.29_<br>☐ Not listed. Explain ____ | _0352_ |
| 4.6    Complete Payment Recovery Services, Inc.<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line _3.29_<br>☐ Not listed. Explain ____ | _0352_ |
| 4.7    Complete Payment Recovery Services, Inc.<br>3500 5th Street<br>Northport, AL 35476 | Line _3.30_<br>☐ Not listed. Explain ____ | _2574_ |
| 4.8    Complete Payment Recovery Services, Inc.<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line _3.30_<br>☐ Not listed. Explain ____ | _2574_ |
| 4.9    Complete Payment Recovery Services, Inc.<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line _3.30_<br>☐ Not listed. Explain ____ | _2574_ |
| 4.10   Complete Payment Recovery Services, Inc.<br>3500 5th Street<br>Northport, AL 35476 | Line _3.31_<br>☐ Not listed. Explain ____ | _2531_ |
| 4.11   Complete Payment Recovery Services, Inc.<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line _3.31_<br>☐ Not listed. Explain ____ | _2531_ |
| 4.12   Complete Payment Recovery Services, Inc.<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line _3.31_<br>☐ Not listed. Explain ____ | _2531_ |
| 4.13   Complete Payment Recovery Services, Inc.<br>3500 5th Street<br>Northport, AL 35476 | Line _3.32_<br>☐ Not listed. Explain ____ | _2507_ |
| 4.14   Complete Payment Recovery Services, Inc.<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line _3.32_<br>☐ Not listed. Explain ____ | _2507_ |
| 4.15   Complete Payment Recovery Services, Inc.<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line _3.32_<br>☐ Not listed. Explain ____ | _2507_ |

| Debtor | **All Phase Roofing and Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.16 **Complete Payment Recovery Services, Inc.**<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line 3.33<br>☐ Not listed. Explain _____ | 2957 |
| 4.17 **Complete Payment Recovery Services, Inc.**<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line 3.33<br>☐ Not listed. Explain _____ | 2957 |
| 4.18 **Complete Payment Recovery Services, Inc.**<br>3500  5th  Street<br>Northport, AL 35476 | Line 3.33<br>☐ Not listed. Explain _____ | 2957 |
| 4.19 **Complete Payment Recovery Services, Inc.**<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line 3.34<br>☐ Not listed. Explain _____ | 9365 |
| 4.20 **Complete Payment Recovery Services, Inc.**<br>3500  5th  Street<br>Northport, AL 35476 | Line 3.34<br>☐ Not listed. Explain _____ | 9365 |
| 4.21 **Complete Payment Recovery Services, Inc.**<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line 3.34<br>☐ Not listed. Explain _____ | 9365 |
| 4.22 **Complete Payment Recovery Services, Inc.**<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Line 3.35<br>☐ Not listed. Explain _____ | 9373 |
| 4.23 **Complete Payment Recovery Services, Inc.**<br>P.O. Box 30184<br>Tampa, FL 33630-3184 | Line 3.35<br>☐ Not listed. Explain _____ | 9373 |
| 4.24 **Complete Payment Recovery Services, Inc.**<br>3500  5th  Street<br>Northport, AL 35476 | Line 3.35<br>☐ Not listed. Explain _____ | 9373 |
| 4.25 **Department of the Treasury**<br>**Internal Revenue Service**<br>Austin, TX 73301-0025 | Line 2.1<br>☐ Not listed. Explain _____ | 4451 |
| 4.26 **FMS, Inc.**<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line 3.29<br>☐ Not listed. Explain _____ | 1329 |
| 4.27 **FMS, Inc.**<br>4915 South Union Avenue<br>Tulsa, OK 74107 | Line 3.29<br>☐ Not listed. Explain _____ | _ |
| 4.28 **FMS, Inc.**<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line 3.30<br>☐ Not listed. Explain _____ | 7003 |

| Debtor | **All Phase Roofing and Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.29 | FMS, Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line **3.31**<br>☐ Not listed. Explain ____ | **7003** |
| 4.30 | FMS, Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line **3.32**<br>☐ Not listed. Explain ____ | **7003** |
| 4.31 | FMS, Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line **3.33**<br>☐ Not listed. Explain ____ | **7003** |
| 4.32 | FMS, Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line **3.34**<br>☐ Not listed. Explain ____ | **7003** |
| 4.33 | FMS, Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Line **3.35**<br>☐ Not listed. Explain ____ | **7003** |
| 4.34 | Harris & Harris, Ltd.<br>111 West Jackson Boulevard<br>Suite 400<br>Chicago, IL 60604-4135 | Line **2.12**<br>☐ Not listed. Explain ____ | **0587** |
| 4.35 | Lowell A. Barto<br>Attorney at Law<br>Seventh Avenue Center<br>123 W. 7th, Suite 210<br>Stillwater, OK 74074 | Line **3.18**<br>☐ Not listed. Explain ____ | __ |
| 4.36 | Lowell A. Barto<br>Attorney at Law<br>Seventh Avenue Center<br>123 W. 7th, Suite 210<br>Stillwater, OK 74074 | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.37 | MBCI Metal Roof and Wall Systems<br>Houston Hardy<br>14031 West Hardy<br>P.O. Box 38217<br>Houston, TX 77060-5304 | Line **3.21**<br>☐ Not listed. Explain ____ | **2912** |
| 4.38 | MBCI Metal Roof and Wall Systems<br>Houston Hardy<br>14031 West Hardy<br>P.O. Box 38217<br>Houston, TX 77060-5304 | Line **3.22**<br>☐ Not listed. Explain ____ | **2912** |
| 4.39 | MBCI Metal Roof and Wall Systems<br>Oklahoma<br>7000 S. Eastern Ave.<br>P.O. Box 95998<br>Oklahoma City, OK 73149 | Line **3.23**<br>☐ Not listed. Explain ____ | **2912** |
| 4.40 | Republic Services<br>303 E. Newman Ave.<br>Stillwater, OK 74075-2517 | Line **3.25**<br>☐ Not listed. Explain ____ | **8252** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **All Phase Roofing and Construction, LLC** | Case number (if known) | |

Name

**Name and mailing address** | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any

4.41 **SunRay Construction Solutions**
2001 W. Cypress Creek Road
Suite 101
Fort Lauderdale, FL 33309
Line _3.2_
☐ Not listed. Explain ____

4.42 **Tracy W. Robinett**
Robinett, Swartz & Aycock
Attorneys and Counselors at Law
624 S. Boston Ave., Suite 900
Tulsa, OK 74119
Line _3.2_
☐ Not listed. Explain ____

4.43 **United TranzActions, LLC**
3200 Executive Way
Miramar, FL 33025
Line _3.4_       _1963_
☐ Not listed. Explain ____

4.44 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.29_
☐ Not listed. Explain ____

4.45 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.30_
☐ Not listed. Explain ____

4.46 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.31_
☐ Not listed. Explain ____

4.47 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.32_
☐ Not listed. Explain ____

4.48 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.33_
☐ Not listed. Explain ____

4.49 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.34_
☐ Not listed. Explain ____

4.50 **Wal-Mart Corporate Office & Headquarters**
702 Southwest
Bentonville, AR 72716
Line _3.35_
☐ Not listed. Explain ____

4.51 **Wal-Mart Stores, Inc.**
FMS, Incorporated
P.O. Box 707600
Tulsa, OK 74170-7600
Line _3.30_       _7003_
☐ Not listed. Explain ____

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 36,307.95 |
| 5b. Total claims from Part 2 | 5b. + $ | 313,795.44 |

Debtor   **All Phase Roofing and Construction, LLC**                          Case number (If known) _____
         Name

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.                                          5c.    $ _____ 350,103.39

Fill in this information to identify the case:

Debtor name  __**All Phase Roofing and Construction, LLC**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____  _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____  _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____  _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____  _____ |

Fill in this information to identify the case:

Debtor name __All Phase Roofing and Construction, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Ford Motor Credit Company | ☑ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Merchant Cash and Capital, LLC | ☐ D _____<br>☑ E/F __3.24__<br>☐ G _____ |
| 2.3 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Fora Financial Business Loans, LLC | ☑ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Bank of Lake Mills | ☑ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Commercial Finance & Leasing | ☑ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor   __All Phase Roofing and Construction, LLC_____    Case number (if known) _____

▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.6 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | American Builders and Contractors | ☐ D _____ ▣ E/F __3.2__ ☐ G _____ |
|-----|-------------------|---------------------------------------------|-----------------------------------|----------------------------------|
| 2.7 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Herc Rentals-Stillwater | ☐ D _____ ▣ E/F __3.4__ ☐ G _____ |
| 2.8 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | YP Holdings - CA95 | ☐ D _____ ▣ E/F __3.36__ ☐ G _____ |
| 2.9 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | MBCI - Oklahoma | ☐ D _____ ▣ E/F __3.20__ ☐ G _____ |
| 2.10 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | MBCI Metal Roof and Wall Systems | ☐ D _____ ▣ E/F __3.21__ ☐ G _____ |
| 2.11 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | MBCI Metal Roof and Wall Systems | ☐ D _____ ▣ E/F __3.22__ ☐ G _____ |
| 2.12 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | MBCI Metal Roof and Wall Systems | ☐ D _____ ▣ E/F __3.23__ ☐ G _____ |
| 2.13 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Republic Services #789 | ☐ D _____ ▣ E/F __3.25__ ☐ G _____ |

Debtor     __All Phase Roofing and Construction, LLC__                          Case number *(if known)*     _____

▨ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.14 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Oklahoma Tax<br>Commission | ☐ D ____<br>▨ E/F __2.12__<br>☐ G ____ |
|------|----------------------|-----------------------------------------------|----------------------------|-----------------------------|
| 2.15 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Jim Dailey | ☐ D ____<br>▨ E/F __3.19__<br>☐ G ____ |
| 2.16 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D ____<br>▨ E/F __3.29__<br>☐ G ____ |
| 2.17 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D ____<br>▨ E/F __3.30__<br>☐ G ____ |
| 2.18 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D ____<br>▨ E/F __3.31__<br>☐ G ____ |
| 2.19 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D ____<br>▨ E/F __3.32__<br>☐ G ____ |
| 2.20 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D ____<br>▨ E/F __3.33__<br>☐ G ____ |
| 2.21 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D ____<br>▨ E/F __3.34__<br>☐ G ____ |

Debtor　**All Phase Roofing and Construction, LLC**　　　　　Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Wal-Mart 0137 | ☐ D _____<br>☑ E/F  3.35<br>☐ G _____ |
| 2.23 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | BancFirst | ☑ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | BancFirst | ☑ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Trustees of The<br>Roberta G. Smith | ☐ D _____<br>☑ E/F  3.28<br>☐ G _____ |
| 2.26 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Christ Lutheran<br>Church | ☐ D _____<br>☑ E/F  3.3<br>☐ G _____ |
| 2.27 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Internal Revenue<br>Service | ☐ D _____<br>☑ E/F  2.2<br>☐ G _____ |
| 2.28 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Internal Revenue<br>Service | ☐ D _____<br>☑ E/F  2.3<br>☐ G _____ |
| 2.29 | Ricky D.<br>Sharpton | 3400 East Airport Road<br>Stillwater, OK 74075 | Internal Revenue<br>Service | ☐ D _____<br>☑ E/F  2.1<br>☐ G _____ |

Debtor    __All Phase Roofing and Construction, LLC_____    Case number *(if known)*    _____

▨ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                     *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.30 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __3.5__ ☐ G _____ |
| 2.31 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.4__ ☐ G _____ |
| 2.32 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.5__ ☐ G _____ |
| 2.33 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.6__ ☐ G _____ |
| 2.34 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.7__ ☐ G _____ |
| 2.35 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.8__ ☐ G _____ |
| 2.36 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.9__ ☐ G _____ |
| 2.37 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.10__ ☐ G _____ |

Debtor    **All Phase Roofing and Construction, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.38 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.17
☐ G _____

| | | | |
|---|---|---|---|
| 2.39 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.7
☐ G _____

| | | | |
|---|---|---|---|
| 2.40 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.8
☐ G _____

| | | | |
|---|---|---|---|
| 2.41 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.9
☐ G _____

| | | | |
|---|---|---|---|
| 2.42 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.10
☐ G _____

| | | | |
|---|---|---|---|
| 2.43 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.11
☐ G _____

| | | | |
|---|---|---|---|
| 2.44 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.12
☐ G _____

| | | | |
|---|---|---|---|
| 2.45 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service |

☐ D _____
☒ E/F    3.13
☐ G _____

Debtor    **All Phase Roofing and Construction, LLC**          Case number *(if known)* _____

▨ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| 2.46 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____  ▨ E/F  3.14  ☐ G _____ |
|---|---|---|---|---|
| 2.47 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Internal Revenue Service | ☐ D _____  ▨ E/F  3.15  ☐ G _____ |
| 2.48 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | J.D. McBride Construction, LLC | ☐ D _____  ▨ E/F  3.18  ☐ G _____ |
| 2.49 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Alexander Construction Company | ☐ D _____  ▨ E/F  3.1  ☐ G _____ |
| 2.50 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | Schuessler Properties, LLC | ☐ D _____  ▨ E/F  3.26  ☐ G _____ |
| 2.51 | Ricky D. Sharpton | 3400 East Airport Road Stillwater, OK 74075 | BancFirst | ▨ D  2.3  ☐ E/F _____  ☐ G _____ |
| 2.52 | Ricky Dale Sharpton | 3400 East Airport Road Stillwater, OK 74075 | EBF Partners, LLC | ▨ D  2.6  ☐ E/F _____  ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **All Phase Roofing and Construction, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  1/01/2016 to 12/31/2016 | ☒ Operating a business<br>☐ Other _____ | $1,037,942.35 |
| **For year before that:**<br>From  1/01/2015 to 12/31/2015 | ☒ Operating a business<br>☐ Other _____ | $858,158.15 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

|  | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Builders and Contractors Supply Co., Inc.**<br>ABC Supply Co., Inc.<br>106 Decker Court, Suite 100<br>Irving, TX 75062 | 04/25/2017 | $4,693.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **All Phase Roofing and Construction, LLC**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Fora Financial Business Loans, LLC**<br>242 West 36th Street<br>14th Floor<br>New York, NY 10018 | multiple payments of approximately $2,300.00 total | Unknown | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Ford Motor Credit Company**<br>P.O. Box 650575<br>Dallas, TX 75265-0575 | monthly payments of approximately $869.00 per month, exact amount paid unknown | Unknown | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ricky D. Sharpton**<br>3400 East Airport Road<br>Stillwater, OK 74075<br>President/Manager | 12/12/2016 | $76,000.00 | Transfer of Real Property described as A tract of land in the SW/4 of Section 32, T20N, R3E of the IM, Payne County, State of Oklahoma, 578.36 ft X 419.26 ft X 574.52 ft X 423.67 ft; commonly known as: 3400 E Airport Road, Stillwater, OK 74075 because it is the Homestead of Ricky D. Sharpton. |
| 4.2. **Rick Sharpton**<br>3400 East Airport Road<br>Stillwater, OK 74075<br>President/Manager | 12/12/2016 | $7,225.00 | Transfer of 2011 Ford F350 Super Duty-V8 VIN:1FD8W3F65BEA67564 because it belongs to Ricky D. Sharpton |
| 4.3. **Ricky D. Sharpton**<br>3400 East Airport Road<br>Stillwater, OK 74075<br>President/Manager | 12/12/2016 | $4,300.00 | Transfer of 2014 Cargo Craft of Texas expedition-7022 cargo trailer ID/Serial # 4D6EB1220EC037911 |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    All Phase Roofing and Construction, LLC                    Case number *(if known)* _____

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | EBF Partners, LLC, Plaintiff, -against- All Phase Roofing and Construction, LLC dba All Phase Roofing and Construction, LLC and Ricky Dale Sharpton, Defendants. 2017602770 | Collection | Supreme Court of the State of New York County of Nassau Mineola, NY 11501 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| National Standard/Loss due to building owner not completing job from unseen change orders and stopped work production and only paid on work commenced | $-0- | 2016 | $25,000.00 |
| Stillwater Designs/loss due to 50 days of spring rains and under budget for labor cost, had interest occuring on materials while not working from rain | $-0- | 2016 | $125,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **All Phase Roofing and Construction, LLC**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Alexander Construction/loss due to sub-contractor breaching contract and forming hardship of All Phase Roofing from bank loan and leaving the project non-profit** | $-0- | **2016** | $45,000.00 |
| **Cedar Oak Apartments/loss due from under bid on materials and over cost of labor** | $-0- | **2016** | $25,000.00 |
| **Air-Compressor - stolen TPO Automatic roof welder - damaged** | $-0- | **2016** | $7,500.00 |
| **Hillcrest Baptist Church / Loss due from wind storm blowing off and damaging roofing material** | $-0- | **2016** | $3,000.00 |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Rex D. Brooks, Attorney At Law<br>1904 N.W. 23rd Street<br>Oklahoma City, OK<br>73106-1202 | **Attorney Fees** | May 10, 2017 and June 9, 2017 | $3,000.00 |
| Email or website address<br>brookslaw@coxinet.net | | | |
| Who made the payment, if not debtor?<br>Ricky D. Sharpton | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **All Phase Roofing and Construction, LLC**    Case number *(if known)* _____

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☐ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **All Phase Roofing and Construction, LLC**                    Case number *(if known)*_____

▪ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

▪ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ricky D. Sharpton 3400 East Airport Road Stillwater, OK 74075 | 3400 East Airport Road Stillwater, OK 74075 | 2014 Ford F250 Super Duty-V8 VIN: 1FT7W2BT0EEB76511 | $25,375.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ricky D. Sharpton 3400 East Airport Road Stillwater, OK 74075 | 3400 East Airport Road Stillwater, OK 74075 | 1999 SKYL HT WINN Mobile Home VIN: 8D510796L | $15,000.00 |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

▪ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

▪ No.
☐ Yes. Provide details below.

Debtor    All Phase Roofing and Construction, LLC _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Jim Dailey Jim Dailey and Associates 1013 East Moore Ave. Stillwater, OK 74075 | 02/16/2012 to 12/09/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Jim Dailey Jim Dailey and Associates 1013 East Moore Ave. Stillwater, OK 74075 | 02/16/2012 to 12/09/2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Jim Dailey Jim Dailey and Associates 1013 East Moore Ave. Stillwater, OK 74075 | |
| 26c.2. | Ricky D. Sharpton 3400 East Airport Road Stillwater, OK 74075 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor  __All Phase Roofing and Construction, LLC__                    Case number *(if known)* _____

☐ None

Name and address

26d.1.    **BancFirst**
          **P.O. Box One**
          **Stillwater, OK 74076**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **Rick Sharpton** | **July 31, 2016** | **$53,632.16** **Basis: Cost** |

Name and address of the person who has possession of inventory records

**Rick Sharpton**
**3400 East Airport Road**
**Stillwater, OK 74075**

| 27.2 **Rick Sharpton** | **June 30, 2016** | **$45,232.73** **Basis: Cost** |
|---|---|---|

Name and address of the person who has possession of inventory records

**Rick Sharpton**
**3400 East Airport Road**
**Stillwater, OK 74075**

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Ricky D. Sharpton** **3400 East Airport Road** **Stillwater, OK 74075** | **Personal Debt and Living Expenses** **$40,000.00** | **2016** | **Personal Debt and Living Expenses** |

Relationship to debtor
**President/Manager**

Debtor     **All Phase Roofing and Construction, LLC**                    Case number *(if known)* _____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 18, 2017**

**/s/ Ricky D. Sharpton**                              **Ricky D. Sharpton**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **President/Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Oklahoma

In re   **All Phase Roofing and Construction, LLC**     Case No. _____

                         Debtor(s)                  Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 18, 2017**            **/s/ Ricky D. Sharpton**

                                            **Ricky D. Sharpton/President/Manager**
                                            Signer/Title

ABC Supply Co., Inc.
P.O. Box 842450
Dallas, TX 75284-2450


Alexander Construction Company
P.O. Box 1631
Stillwater, OK 74076-1631


American Builders and Contractors
Supply Co., Inc.
ABC Supply Co., Inc.
106 Decker Court, Suite 100
Irving, TX 75062


BancFirst
808 South Main
P.O. Box One
Stillwater, OK 74076


BancFirst
Stillwater
808 South Main
P.O. Box One
Stillwater, OK 74076


Bank of Lake Mills
c/o Transaction Reporting System, LLC
1001 Avenue of the Americas
11th Floor
New York, NY 10018


Bank of Lake Mills
136 E. Madison Street
Lake Mills, WI 53551


Bizfi
Bizfi Funding
460 Park Avenue South
10th Floor
New York, NY 10016

Christ Lutheran Church
1301 N. 7th Street
Perry, OK 73077


Coast to Coast Financial Solutions
101 Hodencamp Rd., Suite 120
Thousand Oaks, CA 91360


Commercial Finance & Leasing
Bank of Cardiff, Inc.
P.O. Box 2562
Del Mar, CA 92014-2562


Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476


Complete Payment Recovery Services, Inc.
P.O. Box 038997
Tuscaloosa, AL 35403-8997


Complete Payment Recovery Services, Inc.
P.O. Box 30184
Tampa, FL 33630-3184


Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0025


EBF
5 West 37th Street
2nd Floor
New York, NY 10018


EBF Holdings, LLC
2001 NW 107th Avenue
Suite 300
Miami, FL 33172

EBF Partners, LLC
5 West 37th Street
2nd Floor
New York, NY 10018


EBF Partners, LLC
2001 NW 107 Avenue, 3rd Floor
Doral, FL 33172


Everest Business Funding
2001 NW 107th Ave
Suite 300
Miami, FL 33172


Everest Business Funding
Attention: Underwriting Department
2001 NW 107th Ave
3rd Floor
Miami, FL 33172


FMS, Inc.
P.O. Box 707600
Tulsa, OK 74170-7600


FMS, Inc.
4915 South Union Avenue
Tulsa, OK 74107


Fora Financial Business Loans, LLC
242 West 36th Street
14th Floor
New York, NY 10018


Fora Financial West, LLC
242 West 36th Street, 14th Floor
New York, NY 10018

Ford Motor Credit Company
P.O. Box 650575
Dallas, TX 75265-0575


Green Tree Financial Serv Corp
Registered Agent: Steven D. Green
8424 Santa Monica Blvd
Suite A712
West Hollywood, CA 90069


Harris & Harris, Ltd.
111 West Jackson Boulevard
Suite 400
Chicago, IL 60604-4135


Herc Rentals-Stillwater
123 S. Perkins Rd.
Stillwater, OK 74074


Internal Revenue Service
8321 East 61st Street
Bldg B, Rm 140A, MS 5227/2710
Tulsa, OK 74133-1909


J.D. McBride Construction, LLC
2824 Progressive Drive
Edmond, OK 73034


Jim Dailey
Jim Dailey and Associates
1013 East Moore Ave.
Stillwater, OK 74075


Lowell A. Barto
Attorney at Law
Seventh Avenue Center
123 W. 7th, Suite 210
Stillwater, OK 74074

MBCI - Oklahoma
P.O. Box 95998
Oklahoma City, OK 73143


MBCI Metal Roof and Wall Systems
A Division of NCI Group, Inc.
MBCI Lockbox
P.O. Box 840326
Dallas, TX 75284-0326


MBCI Metal Roof and Wall Systems
Houston Hardy
14031 West Hardy
P.O. Box 38217
Houston, TX 77060-5304


MBCI Metal Roof and Wall Systems
Oklahoma
7000 S. Eastern Ave.
P.O. Box 95998
Oklahoma City, OK 73149


Merchant Cash and Capital, LLC
dba Bizfi Funding
460 Park Avenue South
10th Floor
New York, NY 10016


Oklahoma Employment Security Commission
Unemployment Insurance Division
Tax Compliance
P.O. Box 52003
Oklahoma City, OK 73152-2003


Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, OK 73194


Republic Services
303 E. Newman Ave.
Stillwater, OK 74075-2517

Republic Services #789
P.O. Box 78829
Phoenix, AZ 85062-8829


Schuessler Properties, LLC
Schuessler Orthodontics
607 S. Orchard
Stillwater, OK 74075


Scott K. Thomas, P.L.L.C.
Houston, Osborn, Sexton & Thomas
123 W. 7th Avenue, Suite 200
P.O. Box 1118
Stillwater, OK 74076


SunRay Construction Solutions
2001 W. Cypress Creek Road
Suite 101
Fort Lauderdale, FL 33309


Tracy W. Robinett
Robinett, Swartz & Aycock
Attorneys and Counselors at Law
624 S. Boston Ave., Suite 900
Tulsa, OK 74119


Transaction Reporting System, LLC
1001 Avenue of the Americas
11th Floor
New York, NY 10018


TRS, LLC
1001 Avenue of the Americas
11th Floor
New York, NY 10018


Trustees of The Roberta G. Smith
Credit Shelter Trust
6576 Lake Road
Ponca City, OK 74604-5180

```
United TranzActions, LLC
3200 Executive Way
Miramar, FL 33025


Vadim Serebro, Esq.
Max Recovery Group, LLC
One World Trade Center
Suite 8500
New York, NY 10007


Wal-Mart 0137
Wal-Mart Stores, Inc.
111 N. Perkins Road
Stillwater, OK 74075


Wal-Mart 0137
111 N. Perkins Road
Stillwater, OK 74075


Wal-Mart Corporate Office & Headquarters
702 Southwest
Bentonville, AR 72716


Wal-Mart Stores, Inc.
FMS, Incorporated
P.O. Box 707600
Tulsa, OK 74170-7600


YP Holdings - CA95
Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie, LA 70011-8390
```

# United States Bankruptcy Court
## Western District of Oklahoma

In re   **All Phase Roofing and Construction, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **All Phase Roofing and Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 18, 2017
_____
Date

*/s/* Rex D. Brooks
_____
Rex D. Brooks 1165
Signature of Attorney or Litigant
Counsel for   All Phase Roofing and Construction, LLC
_____
**Rex D. Brooks, Attorney At Law**
**1904 N.W. 23rd Street**
**Oklahoma City, OK 73106-1202**
**(405) 525-2200 Fax:(405) 525-2214**
**brookslaw@coxinet.net**

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2015, or tax year beginning _____, 2015, ending _____, 20 _____
▶ Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065.*

OMB No. 1545-0123

**2015**

| A Principal business activity | | Name of partnership | D Employer identification number |
|---|---|---|---|
| Roofing Construction | Type or Print | Allphase Roofing and Construction Company, LLC (Sole Proprietorship LLC) | 37-1694451 |
| B Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. | E Date business started |
| Roofing Services | | 3400 East Airport Road | 02/2012 |
| C Business code number | | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see the instructions) |
| 238100 | | Stillwater, OK 74075 | $ |

G Check applicable boxes: **(1)** ☑ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination – also check (1) or (2)

H Check accounting method: **(1)** ☑ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶ _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ One Sole Owner Rick Sharpton

J Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . | 1a | 858,158 | 15 | | |
| | b | Returns and allowances . . . . . . . . . . | 1b | 0 | 00 | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . | 1c | 858,158 | 15 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . | 2 | 689,658 | 18 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . | 3 | 168,499 | 97 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . | 4 | 0 | 00 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . | 5 | 0 | 00 |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . | 6 | | |
| | 7 | Other income (loss) (attach statement) . . . . . . . . | 7 | 0 | 00 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 . . . . . . | 8 | 168,499 | 97 |
| **Deductions** (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) . . | 9 | | |
| | 10 | Guaranteed payments to partners . . . . . . . . . | 10 | | |
| | 11 | Repairs and maintenance . . . . . . . . . . | 11 | | |
| | 12 | Bad debts . . . . . . . . . . . . . | 12 | | |
| | 13 | Rent . . . . . . . . . . . . . . | 13 | | |
| | 14 | Taxes and licenses . . . . . . . . . . . | 14 | | |
| | 15 | Interest . . . . . . . . . . . . . | 15 | | |
| | 16a | Depreciation (if required, attach Form 4562) . . . . . | 16a | | | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | | 16c | |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . | 17 | | |
| | 18 | Retirement plans, etc. . . . . . . . . . . | 18 | | |
| | 19 | Employee benefit programs . . . . . . . . . | 19 | | |
| | 20 | Other deductions (attach statement) . . . . . . . . | 20 | | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . | 21 | 166,795 | 84 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . | 22 | 1,704 | 13 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager

_____
Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 11390Z

Form **1065** (2015)

Form 1065 (2015)     Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

**a** ☐ Domestic general partnership      **b** ☐ Domestic limited partnership
**c** ☑ Domestic limited liability company      **d** ☐ Domestic limited liability partnership
**e** ☐ Foreign partnership      **f** ☐ Other ▶

| | | Yes | No |
|---|---|---|---|
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? . . . . . . . . . . . . . . . . . . . . . | | ✓ |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . | | ✓ |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . | ✓ | |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . | | ✓ |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . | | | | ✓ |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . . . . . . . . . . . . . . . . . . | | ✓ |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . | ✓ | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . | | ✓ |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . | | ✓ |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . | | ✓ |
| **10** | At any time during calendar year 2015, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | ✓ |

Form **1065** (2015)

Form 1065 (2015)                                                                                                    Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . |  | ✓ |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . See instructions for details regarding a section 754 election. |  | ✓ |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . |  | ✓ |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions |  | ✓ |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . |  | ✓ |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ |  | ✓ |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2015 that would require you to file Form(s) 1099? See instructions . . . . |  | ✓ |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . |  | ✓ |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | | Identifying number of TMP ▶ | |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | | | |

Form **1065** (2015)

Form 1065 (2015)                                                                                                          Page **4**

| **Schedule K** | **Partners' Distributive Share Items** | | | **Total amount** | |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | | **1** | 1,704 | 13 |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | | |
| | **3a** Other gross rental income (loss) | **3a** | | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | | |
| | **4** Guaranteed payments | | **4** | | |
| | **5** Interest income | | **5** | | |
| | **6** Dividends: **a** Ordinary dividends | | **6a** | | |
| | **b** Qualified dividends | **6b** | | | |
| | **7** Royalties | | **7** | | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | | |
| | **b** Collectibles (28%) gain (loss) | **9b** | | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **9c** | | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | | **10** | | |
| | **11** Other income (loss) (see instructions) Type ▶ | | **11** | | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | | **12** | | |
| | **13a** Contributions | | **13a** | | |
| | **b** Investment interest expense | | **13b** | | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | | **13c(2)** | | |
| | **d** Other deductions (see instructions) Type ▶ | | **13d** | | |
| **Self-Employment** | **14a** Net earnings (loss) from self-employment | | **14a** | | |
| | **b** Gross farming or fishing income | | **14b** | | |
| | **c** Gross nonfarm income | | **14c** | | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | | **15a** | | |
| | **b** Low-income housing credit (other) | | **15b** | | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | | **15d** | | |
| | **e** Other rental credits (see instructions) Type ▶ | | **15e** | | |
| | **f** Other credits (see instructions) Type ▶ | | **15f** | | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | | | |
| | **b** Gross income from all sources | | **16b** | | |
| | **c** Gross income sourced at partner level | | **16c** | | |
| | Foreign gross income sourced at partnership level | | | | |
| | **d** Passive category ▶ **e** General category ▶ **f** Other ▶ | | **16f** | | |
| | Deductions allocated and apportioned at partner level | | | | |
| | **g** Interest expense ▶ **h** Other | | **16h** | | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | | |
| | **i** Passive category ▶ **j** General category ▶ **k** Other ▶ | | **16k** | | |
| | **l** Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | | **16l** | | |
| | **m** Reduction in taxes available for credit (attach statement) | | **16m** | | |
| | **n** Other foreign tax information (attach statement) | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | | **17a** | | |
| | **b** Adjusted gain or loss | | **17b** | | |
| | **c** Depletion (other than oil and gas) | | **17c** | | |
| | **d** Oil, gas, and geothermal properties—gross income | | **17d** | | |
| | **e** Oil, gas, and geothermal properties—deductions | | **17e** | | |
| | **f** Other AMT items (attach statement) | | **17f** | | |
| **Other Information** | **18a** Tax-exempt interest income | | **18a** | | |
| | **b** Other tax-exempt income | | **18b** | | |
| | **c** Nondeductible expenses | | **18c** | | |
| | **19a** Distributions of cash and marketable securities | | **19a** | | |
| | **b** Distributions of other property | | **19b** | | |
| | **20a** Investment income | | **20a** | | |
| | **b** Investment expenses | | **20b** | | |
| | **c** Other items and amounts (attach statement) | | | | |

Form **1065** (2015)

Form 1065 (2015) Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . | | | | **1** | |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | 1,704.13 | | | | |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories . . . . . . . . | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) . . | | | | |
| 9a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) . . . . | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) . . . | | | | |
| 14 | Total assets | | | | |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) . | | | | |
| 18 | All nonrecourse loans . . . . . | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) . . . | | | | |
| 21 | Partners' capital accounts . . . . . | | | | |
| 22 | Total liabilities and capital | | | | |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): _____ | | a | Tax-exempt interest $ _____ |
| 3 | Guaranteed payments (other than health insurance) . . . . . . . | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ _____ |
| a | Depreciation $ _____ | | | _____ |
| b | Travel and entertainment $ _____ | | 8 | Add lines 6 and 7 . . . . . |
| 5 | Add lines 1 through 4 . . . . | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 | Balance at beginning of year . . . | | 6 | Distributions: a Cash . . . . |
| 2 | Capital contributed: a Cash . . . | | | b Property . . . |
| | b Property . . . | | 7 | Other decreases (itemize): _____ |
| 3 | Net income (loss) per books . . . | | | _____ |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 . . . . . |
| 5 | Add lines 1 through 4 . . . . | | 9 | Balance at end of year. Subtract line 8 from line 5 |

Form **1065** (2015)

661113

| ☒ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0092 |

**Schedule K-1**
**(Form 1041)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015,
or tax year beginning _____, 2015,
and ending _____, 20 _____

**Beneficiary's Share of Income, Deductions, Credits, etc.**    ▶ See back of form and instructions.

| **Part III** | **Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items** |

| Part I | Information About the Estate or Trust |

**A** Estate's or trust's employer identification number

37-1694451

**B** Estate's or trust's name

Allphase Roofing and Construction Company, LLC
3400 East Airport Road
Stillwater, OK 74075

**C** Fiduciary's name, address, city, state, and ZIP code

Ricky D Sharpton
3400 East Airport Road
Stillwater, OK 74075

**D** ☐ Check if Form 1041-T was filed and enter the date it was filed
_____

**E** ☐ Check if this is the final Form 1041 for the estate or trust

| Part II | Information About the Beneficiary |

**F** Beneficiary's identifying number

-9123

**G** Beneficiary's name, address, city, state, and ZIP code

Rick D. Sharpton
3400 East Airport Road
Stillwater, OK 74075

NOTE: Entity is a single-member domestic LLC and although the entity is not treated as a separate entity for federal income tax purposes. For filing purposes, the entity is a sole member domestic LLC, entity and/or single member will file Schedule C for Federal Income tax purposes.

**H** ☒ Domestic beneficiary    ☐ Foreign beneficiary

| **1** | Interest income | | **11** | Final year deductions |
| **2a** | Ordinary dividends | | | |
| **2b** | Qualified dividends | | | |
| **3** | Net short-term capital gain | | | |
| **4a** | Net long-term capital gain | | | |
| **4b** | 28% rate gain | | **12** | Alternative minimum tax adjustment |
| **4c** | Unrecaptured section 1250 gain | | | |
| **5** | Other portfolio and nonbusiness income | | | |
| **6** | Ordinary business income | | | |
| | FlowThruSch C: 1,704.13 | | | |
| **7** | Net rental real estate income | | **13** | Credits and credit recapture |
| **8** | Other rental income | | | |
| **9** | Directly apportioned deductions | | | |
| | | | **14** | Other information |
| **10** | Estate tax deduction | | | |

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 and the instructions for your income tax return.

| | *Report on* |
|---|---|
| 1. **Interest income** | Form 1040, line 8a |
| 2a. **Ordinary dividends** | Form 1040, line 9a |
| 2b. **Qualified dividends** | Form 1040, line 9b |
| 3. **Net short-term capital gain** | Schedule D, line 5 |
| 4a. **Net long-term capital gain** | Schedule D, line 12 |
| 4b. **28% rate gain** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 4c. **Unrecaptured section 1250 gain** | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D Instructions) |
| 5. **Other portfolio and nonbusiness income** | Schedule E, line 33, column (f) |
| 6. **Ordinary business income** | Schedule E, line 33, column (d) or (f) |
| 7. **Net rental real estate income** | Schedule E, line 33, column (d) or (f) |
| 8. **Other rental income** | Schedule E, line 33, column (d) or (f) |
| 9. **Directly apportioned deductions** | |
| *Code* | |
| A Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| B Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| C Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. **Estate tax deduction** | Schedule A, line 28 |
| 11. **Final year deductions** | |
| A Excess deductions | Schedule A, line 23 |
| B Short-term capital loss carryover | Schedule D, line 5 |
| C Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| D Net operating loss carryover — regular tax | Form 1040, line 21 |
| E Net operating loss carryover — minimum tax | Form 6251, line 11 |
| 12. **Alternative minimum tax (AMT) items** | |
| A Adjustment for minimum tax purposes | Form 6251, line 15 |
| B AMT adjustment attributable to qualified dividends | |
| C AMT adjustment attributable to net short-term capital gain | |
| D AMT adjustment attributable to net long-term capital gain | |
| E AMT adjustment attributable to unrecaptured section 1250 gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| F AMT adjustment attributable to 28% rate gain | |
| G Accelerated depreciation | |
| H Depletion | |
| I Amortization | |
| J Exclusion items | 2016 Form 8801 |

| 13. **Credits and credit recapture** | |
|---|---|
| *Code* | *Report on* |
| A Credit for estimated taxes | Form 1040, line 65 |
| B Credit for backup withholding | Form 1040, line 64 |
| C Low-income housing credit | |
| D Rehabilitation credit and energy credit | |
| E Other qualifying investment credit | |
| F Work opportunity credit | |
| G Credit for small employer health insurance premiums | |
| H Biofuel producer credit | |
| I Credit for increasing research activities | |
| J Renewable electricity, refined coal, and Indian coal production credit | |
| K Empowerment zone employment credit | See the beneficiary's instructions |
| L Indian employment credit | |
| M Orphan drug credit | |
| N Credit for employer-provided child care and facilities | |
| O Biodiesel and renewable diesel fuels credit | |
| P Credit to holders of tax credit bonds | |
| Q Credit for employer differential wage payments | |
| R Recapture of credits | |
| 14. **Other information** | |
| A Tax-exempt interest | Form 1040, line 8b |
| B Foreign taxes | Form 1040, line 48 or Sch. A, line 8 |
| C Qualified production activities income | Form 8903, line 7, col. (b) (also see the beneficiary's instructions) |
| D Form W-2 wages | Form 8903, line 17 |
| E Net investment income | Form 4952, line 4a |
| F Gross farm and fishing income | Schedule E, line 42 |
| G Foreign trading gross receipts (IRC 942(a)) | See the Instructions for Form 8873 |
| H Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| I Other information | See the beneficiary's instructions |

**Note.** If you are a beneficiary who does not file a Form 1040, see instructions for the type of income tax return you are filing.

**Fill in this information to identify your case:**

Debtor 1 — All Phase Roofing and Construction, LLC
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➜ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➜ | $_____ | $_____ |

7. **Interest, dividends, and royalties** | | | | $_____ | $_____ |

Debtor 1 ___All Phase Roofing and Construction, LLC___     Case number (if known)_____

<span>First Name</span>   <span>Middle Name</span>   <span>Last Name</span>

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                        $_____     $_____

  Do not enter the amount if you contend that the amount received was a benefit
  under the Social Security Act. Instead, list it here: ...........................↓

  For you...............................................................  $_____

  For your spouse...............................................  $_____

9. **Pension or retirement income.** Do not include any amount received that was a     $_____     $_____
  benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
  Do not include any benefits received under the Social Security Act or payments received
  as a victim of a war crime, a crime against humanity, or international or domestic
  terrorism. If necessary, list other sources on a separate page and put the total below.

  _____     $_____     $_____

  _____     $_____     $_____

  Total amounts from separate pages, if any.              +$_____   +$_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each
  column. Then add the total for Column A to the total for Column B.

  $_____  +  $_____  =  $_____

  **Total current
  monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

  12a.  Copy your total current monthly income from line 11. ............................ Copy line 11 here ➜   $_____

     Multiply by 12 (the number of months in a year).                                   x 12

  12b.  The result is your annual income for this part of the form.                 12b.   $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

  Fill in the state in which you live.                    [          ]

  Fill in the number of people in your household.         [          ]

  Fill in the median family income for your state and size of household. ...................  13.   $_____

  To find a list of applicable median income amounts, go online using the link specified in the separate
  instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

  14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

  14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A–2.

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✂ s/Ricky D. Sharpton    Title: President/Manager          ✂ _____
  Signature of Debtor 1                                          Signature of Debtor 2

  Date 06/18/2017                                               Date _____
      MM / DD  / YYYY                                                MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1    All Phase Roofing and Construction, LLC
     First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:  Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2:  Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No. Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

            ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ I am performing a homeland defense activity for at least 90 days.

            ☐ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.